IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 23-251-1 |
| CHRISTIAN FULTON | : | |

ORDER

On this 20th day of January, 2026 upon independent review of the Report and Recommendation of U.S. Magistrate Judge Jose R. Arteaga, and the transcript of the guilty plea proceedings, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED.  I accept the guilty plea of Emmanuel Glass entered on January 15, 2026.  Sentence will be imposed on May 4, 2026, at 10:30 A.M. in Courtroom 14B.

BY THE COURT:


  /s/Juan R. Sánchez
Juan R. Sánchez
U.S. District Court Judge